UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Civil Action No. 11-125-HRW

JOSEPH P. FANTUZZO,                         PETITIONER,

v.                         **ORDER**

COOKIE CREWS, WARDEN,
KENTUCKY STATE REFORMATORY,            RESPONDENT.

Joseph Fantuzzo filed, *pro se*, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. United States Magistrate Judge Candace Smith has issued a report and recommends that the Petition, including a request for a hearing, be denied [Docket No.18] and that the Court not issue a certificate of appealability.

Petitioner has filed objections [Docket No. 19]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 18] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **DISMISSED**, this matter **STRICKEN** from the docket of this Court and no Certificate of Appealability be issued.

This 23rd day of October, 2012.



Henry R. Wilhoit, Jr., Senior Judge